DANIEL J. KAISER [DK-9387]
KAISER SAURBORN & MAIR, P.C.
111 BROADWAY, 18th FLOOR
NEW YORK, NEW YORK 10006
(212) 338-9100

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
UNITED STATES OF AMERICA and STATE OF
NEW YORK ex. rel. MAGDY M. YOUSSEF,            **NOTICE OF APPEAL**

                                Plaintiff,            10 Civ. 5909 (PKC)

TISHMAN CONSTRUCTION CORP., et. al.,

                                Defendants.

-------------------------------------------------------------------X

      Notice is hereby given that Magdy M. Youseff, relator in the above-named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinions and Orders and Judgments of the Hon. Kevin P. Castel entered in this action on December 23, 2011, September 10, 2012, September 18, 2012. and October 3, 2012.

Dated: New York, New York
       October 15, 2012

                                              Daniel J. Kaiser, Esq. [DK-9387]
                                              Kaiser Saurborn & Mair, P.C.
                                              111 Broadway, 18th Floor
                                              New York, N.Y. 10006
                                              Tel. No. 212-338-9100
                                              Attorneys for Plaintiff