UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA and STATE OF
NEW YORK ex rel. MAGEDY M. YOUSEF,

                Plaintiff,

        - v. -

TISHMAN CONSTRUCTION
CORPORATION, et al.,

                Defendants.
-----------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-2-14
```

10 Civ. 5909 (PKC)

ORDER OF DISMISSAL
<u>WITHOUT PREJUDICE</u>

CASTEL, District Judge:

       With the filing of the mandate of the United States Court of Appeals for the Second Circuit, the Court dismisses the plaintiff's action without prejudice.

       The Clerk shall reopen the matter for the limited purpose of entering this Order and the action shall otherwise remain closed.

SO ORDERED.

Dated: New York, New York
       April 2, 2014

                                        P. Kevin Castel
                                United States District Judge